No. 10-9975. Ello Woodward, Petitioner v. United States.

563 U.S. 1000, 131 S. Ct. 2474, 179 L. Ed. 2d 1232, 2011 U.S. LEXIS 3748.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 419 Fed. Appx. 969.

No. 10-9979. Bud Pratt Williams, Petitioner v. United States.

563 U.S. 1000, 131 S. Ct. 2474, 179 L. Ed. 2d 1232, 2011 U.S. LEXIS 3641.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 410 Fed. Appx. 272.

No. 10-9980. Ambrose Rayshawn Spires, Petitioner v. United States.

563 U.S. 1000, 131 S. Ct. 2475, 179 L. Ed. 2d 1232, 2011 U.S. LEXIS 3640.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 628 F.3d 1049.

No. 10-9990. Jamonn Lamont Lindsey, Petitioner v. United States.

563 U.S. 1000, 131 S. Ct. 2475, 179 L. Ed. 2d 1232, 2011 U.S. LEXIS 3554.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 634 F.3d 541.

No. 10-9991. Eddie Lamont Lipscomb, Petitioner v. United States.

563 U.S. 1000, 131 S. Ct. 2475, 179 L. Ed. 2d 1232, 2011 U.S. LEXIS 3619.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 619 F.3d 474.

No. 10-9994. James Ware, Petitioner v. Karin Bergeron, Superintendent, Old Colony Correctional Center.

563 U.S. 1000, 131 S. Ct. 2475, 179 L. Ed. 2d 1232, 2011 U.S. LEXIS 3620.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit is denied.

No. 10-9999. Tyshaun St. Vallier, Petitioner v. United States.

563 U.S. 1000, 131 S. Ct. 2476, 179 L. Ed. 2d 1232, 2011 U.S. LEXIS 3580.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 404 Fed. Appx. 651.